357 P.2d 60

**STATE of New Mexico ex rel. John BURROUGHS and Joe A. Montoya, Petitioners,**

v.

**STATE CANVASSING BOARD, J. C. Compton and Betty Fiorina, two of the three members thereof, Individually, Respondents.**

**No. 6883.**

Supreme Court of New Mexico.

Nov. 28, 1960.

MOISE, CHAVEZ and NOBLE, JJ., having recused themselves, and CARMODY, Acting C. J., having considered the matter and being sufficiently advised in the premises,

Ordered that the petition for alternative writ of mandamus be and the same is hereby refused.

357 P.2d 60

**Robert R. PETERS, Petitioner,**

v.

**Harold A. COX, Warden of the Penitentiary of New Mexico, Respondent.**

**No. 6890.**

Supreme Court of New Mexico.

Dec. 6, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of prohibition is denied for the reason that the facts alleged do not warrant the issuance of said writ of prohibition as stated in the petition.